UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,                   :              25-cr-546 (PKC)
                                            :
                                            :              ORDER
        -against-                           :
                                            :
MICHAEL PATTERSON,                          :
                                            :
                        Defendant.          :
------------------------------------------------------------x

CASTEL, U.S.D.J.:


        A hearing will be held on April 9, 2026 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.


                                    _____
                                             P. Kevin Castel
                                        United States District Judge


Dated: New York, NY
        April 8, 2026