# HARVEY FISHBEIN

———— ATTORNEY AT LAW ————

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

April 24, 2026

**VIA EMAIL**
**UNDER SEAL**

Hon. P. Kevin Castel
Senior United States District Judge
500 Pearl Street
New York, NY 10007

Defendant is granted permission to travel to the Northern District of Alabama from April 25, 2026 returning no later than May 2, 2026, subject to the requirements and directions of Pre-trial Services. SO ORDERED.
Dated:  4/24/2026

P. Kevin Castel
United States District Judge

> Re:  **United States v. Michael Patterson**
>       **25 Cr 546 (PKC)**

Dear Judge Castel:

I, along with associate counsel Kristin McAlpin, represent Michael Patterson in the above-referenced matter. His present bail conditions include home detention and attendance in a five-day-a-week drug rehabilitation program.

Unfortunately, I have been informed by my client, which has been verified by his sister Shannon Patterson, that his father has been taken to the hospital, UAB St. Vincent's, in Birmingham, Alabama and is presently in the ICU. I am further informed by Shannon ███████ █████████████████, that she has been told by medical personnel that the prognosis is dire and that a family decision regarding his treatment may be required in the next couple of days. I again spoke with Shannon this morning and I personally called the hospital and verified their father is in the ICU at the hospital.

As a result, Mr. Patterson respectfully requests that the Court permit him to travel as soon as possible to Birmingham, Alabama where he would remain for the next few days until his father's health status is clarified, or resolved. He will be staying with his sister Shannon, who is a cosigner on his bond, at ███████████████████████████.

I have been informed by the USPTO Harrison that Pre-trial has no objection. I have also been advised by AUSA Chong that the Government has no objection.

Due to the contents of this letter, I respectfully request that it be filed under seal.

Respectfully Submitted,
/s/
Harvey Fishbein

.

cc:    AUSA Jane Chong (by email)
       USPTO Viosanny Harrison (by email)