UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        25 CR 546 (PKC)

     -against-

        ORDER

MICHAEL PATTERSON,

        Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for May 7, 2026 is adjourned until May 19, 2026 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed for defendant to attend to his father's illness.  Accordingly, the time between today and May 19, 2026 is excluded.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      May 5, 2026