UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

S1 25 CR 546 (PKC)

    -against-

ORDER

MICHAEL PATTERSON,

             Defendants.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Home confinement for Michael Patterson is modified on consent to curfew from 7:00 p.m. to 7:00 a.m. each day.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 19, 2026