UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                          25 CR 546 (PKC)

        -against-

                                                                          ORDER

MICHAEL PATTERSON and
DAN MAEROVITZ,

                                                Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for June 11, 2026 is adjourned until July 30, 2026 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussing possible pretrial dispositions.  Accordingly, the time between today and July 30, 2026 is excluded.

        SO ORDERED.


                                                _____
                                                P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
        June 9, 2026