UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

          -against-                      25 cr 546-1 (PKC)

MICHAEL PATTERSON,

          Defendant.

                                      ORDER

----------------------------------------------------------x

CASTEL, U.S.D.J.:

       A Bail Review Hearing for Michael Patterson is scheduled on July 30, 2026

at 11:00 a.m. in Courtroom 11D.

       SO ORDERED.

                              P. Kevin Castel
                        United States District Judge

Dated:June 4, 2025
New York, New York

MAILED TO:

Luis Gomez Ortiz
No. 56450-509
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, Florida 33521