# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.    26 Cr 546 (PKC) |
| MICHAEL PATTERSON | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL PATTERSON                                                                                               .

Date:     07/27/2026

*Kristin McAlpin*
*Attorney's signature*

Kristin McAlpin (5560644)
*Printed name and bar number*

60 E. 9th Street #327
New York, NY 10003
*Address*

kristinmcalpin@gmail.com
*E-mail address*

(305) 305-0453
*Telephone number*