

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 28, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *United States v. Dan Maerovitz, et. al.*, 25 Cr. 546 (PKC)

Dear Judge Castel:

   The parties have conferred and submit this joint letter to respectfully request a 60-day adjournment of the status conference scheduled for defendants Dan Maerovitz and Michael Patterson on July 30, 2026. The adjournment will allow the parties to continue discussing possible pretrial dispositions.

   With the defense's consent, the Government requests the exclusion of time under the Speedy Trial Act until the next conference date. The ends of justice served by excluding such time outweigh the interests of the public and defendants in a speedy trial for the reasons stated above.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

     by: _____
        Jane Y. Chong
        Assistant United States Attorney
        (917) 763-3172

By CM/ECF: Frederick Sosinsky, Esq. (for Dan Maerovitz)
      Harvey Fishbein, Esq. (for Michael Patterson)