UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                        25 CR 546 (PKC)

        -against-

                                        ORDER

DAN MAEROVITZ and MICHAEL PATTERSON,

                Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel,

the pretrial conference previously scheduled for July 30, 2026 is adjourned until September

30, 2026 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by

granting a continuance and that taking such action outweighs the best interest of the public

and the defendant in a speedy trial.  My reasons for this finding are that the grant of the

continuance is needed to allow the parties to continue discussing possible pretrial

dispositions.  Accordingly, the time between today and September 30, 2026 is excluded.

        SO ORDERED.

_____
            P. Kevin Castel
        United States District Judge

Dated:  New York, New York
        July 28, 2026