**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 29, 2026

Hearing adjourned from 7/30/26 to 9/30/26 at 11 a.m.
in Courtroom 11D.
SO ORDERED.
7/29/26

P. Kevin Castel
United States District Judge

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Michael Patterson*, *et. al.*, 25 Cr. 546 (PKC)

Dear Judge Castel:

The Government has conferred with the defense and Pretrial Services and submits this letter to respectfully request a 30-day adjournment of the bail hearing scheduled for Michael Patterson on July 30, 2026. The defendant recently entered residential treatment, and the Government, the defense, and Pretrial Services are conferring on whether an agreement can be reached as to a proposed modification of the defendant's conditions upon his release from the residential program.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF: Harvey Fishbein, Esq. (for Michael Patterson)
By Email: Pretrial Services Officer Viosanny Harrison